Form NDC

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| In Re: | Rosalba Martinez | Case No.: 20–40004 RLE 13 |
|---|---|---|
| | Debtor(s) | Chapter: 13 |

## ORDER AND NOTICE OF DISMISSAL
## FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order and Notice Regarding Failure to Pay Filing Fee , filed on 2/4/2020 . Therefore, it is ordered that this case be **dismissed**.

Dated: 2/19/20

By the Court:

Roger L. Efremsky
United States Bankruptcy Judge